# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 DEC 27 A 11: 48

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Clarence D Johnson Jr

v.

(Full name of defendant(s))

Wells Fargo 999 3rd Ave
Seattle WA. 98104 Chex
Systems (1-800-428-9623)

Case Number:

**19-C-1892**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Illinois__ and resides at
   (State)

   __3150 N. Racine Ave #219 Chicago Il 60657__
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Chex Systems Banks + Banking__
   (Name)

is (if a person or private corporation) a citizen of __United States__

Case 2:19-cv-01892-PP   Filed 12/27/19   Page 1 of 3   Document 1

(State, if known)
and (if a person) resides at  Well Fargo Bank Seattle WA 98104
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  See Dept Labor Crimes Daily on Jobs Rico acts
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

My Name Mr Jutrs I have several Bank Fraud incidents that have damaged my financial And social status in America by way of theft by deception. My original claim was $7. million Dollars see Angels Eyes FBI About other Banking Crimes Illinois Kentucky ohio Damages.

E.  **JURY DEMAND**

   I want a jury to hear my case.

   ☑ – YES            ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __17th__ day of __December__ 20__19__.

Respectfully Submitted,

_Clarence John Jr_
Signature of Plaintiff

__708-916-0227__
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

__3150 N. Racine Ave #219__
__Chicago, Ill 60657__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.