UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CLARENCE D. JOHNSON, JR.,

    Plaintiff,

v.

WELLS FARGO, and CHEX SYSTEMS,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 19-cv-1892-pp

---

☐     **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑     **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint is **DISMISSED** for failure to state a claim upon which a federal court can grant relief.

    **THE COURT ORDERS** that this case is **DISMISSED**.

    Approved and dated in Milwaukee, Wisconsin this 4th day of February, 2020.

    **BY THE COURT:**

    _____
    **HON. PAMELA PEPPER**
    **Chief United States District Judge**

    STEPHEN C. DRIES
    Clerk of Court

    s/ *Cary Biskupic*
    (by) Deputy Clerk